IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOANNE SHEPARD                                                    PLAINTIFF

v.                              CIVIL NO.  _10-2021_

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                   DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for
leave to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for
the costs of commencement of suit and, accordingly, the following order is entered this 12th day
of February 2010:

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis*
be granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of February 11,
2010. Additionally, the court directs that a copy of the complaint filed herein, along with a copy
of this order, be served by the Plaintiff by certified mail, return receipt requested, on the
Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H.
Holder, Jr., U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without
prepayment of fees and costs or security therefor. Defendant is ordered to answer within sixty
(60) days from the date of service.

IT IS SO ORDERED.

_Marschewski_
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 1 2 2010

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

AO72A
(Rev. 8/82)